UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **1:23CR 006** |
| Plaintiff, | INDICTMENT  J. HOPKINS |
| v. | 18 U.S.C. § 2 |
| | 18 U.S.C. § 922(g)(1) |
| CHRISTOPHER WALTERS, | 18 U.S.C. § 922(o) |
| | 18 U.S.C. § 924(a)(2) |
| Defendant. | |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession of a Machine Gun)

On or about November 17, 2022, in the Southern District of Ohio, the defendant, **CHRISTOPHER WALTERS**, did knowingly possess a machine gun, that is, a Glock 9mm semi-automatic handgun bearing serial number BUPK997, that had been modified so that it was capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, Sections 922(o)(1), 924(a)(2), and 2.

### COUNT 2
### (Possession by a Prohibited Person)

On or about November 17, 2022, in the Southern District of Ohio, the defendant, **CHRISTOPHER WALTERS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Glock 9mm semi-automatic handgun bearing serial number BUPK997, 55 rounds of 9mm

ammunition, 24 rounds of .357 ammunition, and 20 rounds of 5.7 ammunition, and the firearm and ammunition were in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.**

### FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this Indictment, the defendant, **CHRISTOPHER WALTERS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense(s), including but not limited to:

As to Count 1:

- a Glock 9mm semi-automatic handgun bearing serial number BUPK997 with any attachments and ammunition.

As to Count 2:

- a Glock 9mm semi-automatic handgun bearing serial number BUPK997 with any attachments and ammunition;
- approximately 55 rounds of 9mm ammunition;
- approximately 24 rounds of .357 ammunition; and
- approximately 20 rounds of 5.7 ammunition.

A TRUE BILL

/S/
_____
GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

*[signature]*
_____
ANTHONY SPRINGER
ASSISTANT UNITED STATES ATTORNEY